U.S. Department of Justice    Criminal Docket
Washington, D.C.
04/22/2014/aa

___McALLEN___ Division                CR. No. __M-14-565__

**CRIMINAL INFORMATION**   Filed: April 23, 2014    Judge: __RICARDO H. HINOJOSA__
County: Hidalgo
Lions #: 2013R06231                    Attorneys:
UNITED STATES OF AMERICA               KENNETH MAGIDSON, U.S. ATTORNEY

v.                                     KEBHARU H. SMITH, ASST. U.S. ATTORNEY

NATALIE MARTINEZ --WARRANT--           Ct. 1 & 2    Melissa Canales, Ret'd, (956) 287-0300

Charge(s):   Ct. 1:  Conspiracy to Commit Health Care Fraud
             Title 18, United States Code, Sections, 1349
             Ct. 2:  False Statement
             Title 18, United States Code, Sections, 1001

Total Counts
**(2)**

Penalty:    Ct. 1:  Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000, (or both) and not more than a 3 yr. SRT (as to each count)
            Ct. 2:  Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000, (or both) and not more than a 3 yr. SRT (as to each count)

Agency:     Department of Health & Human Services/OIG - Yolanda Lucio - 6-13-0-0082-9

Proceedings

Date