United States District Court
Southern District of Texas
FILED

APR 24 2014

Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-14-CR-565 |
| § | |
| NATALIE MARTINEZ § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a Criminal Information has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on _before US Magistrate Judge Peter E. Ormsby_ May 6, 2014 at 10:30 am 8th floor Courtroom. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

Natalie Martinez
3205 Eagle Avenue
McAllen, Texas 78504

☐ Appearance Bond in the Amount of:
$

SIGNED at McAllen, Texas, on _April 24_, 20_14_.

_____
UNITED STATES MAGISTRATE JUDGE